1 | JAMES P. SHEA (State Bar No. 162483)
LAW OFFICES OF SUSAN R. WASSERMAN
2 | 5055 Wilshire Blvd., Suite 340
Los Angeles, CA 90036
3 | Telephone: 323-954-9600
Fax: 323-954-9616
4 | E-mail: lawoffice5750@aol.com

5 | Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| CAROL SILVA, | NO. CV 09-3390 PJW |
| Plaintiff, | **ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO 28 U.S.C. § 1920** |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | |
| Defendant. | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Costs, IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorney fees under the EAJA in the amount of two thousand, eight hundred fifty dollars ($2,850.00), as authorized by 28 U.S.C. § 2412(d), and costs in the amount of three hundred fifty dollars ($350.00), as authorized by 28 U.S.C. § 1920, subject to the terms of the above-referenced Stipulation.

Dated: 12/18/09        _____/s/ Patrick J. Walsh_____

PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE